CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
8/7/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| MONICA SMITH<br>ON BEHALF OF<br>J.T., JR., A MINOR CHILD,<br>         *Plaintiff*,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br>         *Defendant*. | CASE NO. 6:17-cv-00031<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on the parties' cross-motions for summary judgment, (dkts. 18 and 20), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou, (dkt. 24, hereinafter "R&R"), and Plaintiff's objections to the R&R (dkt. 25). For the reasons stated in the accompanying memorandum opinion, the R&R is **ADOPTED** in full. Accordingly, Defendant's motion for summary judgment is **GRANTED**, while Plaintiff's motion for summary judgment is **DENIED**. The case is **DISMISSED** and **STRICKEN** from the Court's active docket.

  The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

  Entered this __7th__ day of August, 2018.

                   */s/ Norman K. Moon*
                   NORMAN K. MOON
                   SENIOR UNITED STATES DISTRICT JUDGE